**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| YOUNG, HENRY SUNHIN | ) | |
| | ) | CASE NO. 04 B 41144 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 619
         Chicago, Illinois 60604

    on:  **August 22, 2007**
    at:  **9:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                    $    337,215.94

    b. Disbursements                               $     62,394.13

    c. Net Cash Available for Distribution        $    274,821.81

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $15,177.54 | $ |
| Trustee | $ 2,604.15 | $ | $ 3,040.81 |
| Trustee's Firm Legal | $ 0.00 | $29,718.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 543.08 |
| Trustee's Firm Accounting | $ 0.00 | $ 3,418.50 | $ |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,389.30 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9 | Dept of the Treasury Internal Revenue Service | $ 4,389.30 | $ 4,389.30 |

6.  Claims of general unsecured creditors totaling $112,586.61, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Thomas C. Farroh | $ 27,175.00 | $ 27,175.00 |
| 1I | Thomas C. Farroh | $ 1,691.89 | $ 1,691.89 |
| 2 | USAA Federal Savings Bank | $ 6,550.33 | $ 6,550.33 |
| 2I | USAA Federal Savings Bank | $ 407.82 | $ 407.82 |
| 3 | Citibank South Dakota NA | $ 295.52 | $ 295.52 |
| 3I | Citibank South Dakota NA | $ 18.40 | $ 18.40 |

| | | | |
|---|---|---|---|
| 4 | Discover Bank | $ 5,983.28 | $ 5,983.28 |
| 4I | Discover Bank | $ 372.51 | $ 372.51 |
| 6 | ChaseManhttnBankUSA,NA as successor in interest to Bank One | $ 12,582.48 | $ 12,582.48 |
| 6I | ChaseManhttnBankUSA,NA as successor in interest to Bank One | $ 783.37 | $ 783.37 |
| 8 | Joan M. Young | $ 60,000.00 | $ 60,000.00 |
| 8I | Joan M. Young | $ 3,735.53 | $ 3,735.53 |
| 9I | Dept of the Treasury Internal Revenue Service | $ 273.27 | $ 273.27 |
| SURPLUS | YOUNG, HENRY SUNHIN | $ 98,665.18 | $ 98,665.18 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated: **July 30, 2007**         For the Court,


                                By:  **KENNETH S GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...1144   Doc 52   Filed 07/30/07   Entered 08/02/07 00:26:51   Desc Imaged
                     Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7              Page 1 of 1              Date Rcvd: Jul 30, 2007
Case: 04-41144                    Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Aug 01, 2007.
  db        +Henry SunHin Young,    2 E oak St #3408,    Chicago, IL 60611-6202
  aty       +Arthur P Sanderman,    1935 S Plum Grove Rd  #120,    Palatine, IL 60067-7258
  tr        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
  acc       +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2314
 8657823    +Amazon Credit Plan,    P.O. Box 8181,    Gray, TN 37615-0181
 8657824     American General finance,    200 W. Adams St.,    Suite 2002,    Chicago, IL 60606-5230
 8657825     Bank One VISA,    P.O. Box 15298,    Wilmington, DE 19850-5298
 9174063    +Bank of America,    PO Box 1070,    Newark NJ 07101-1070
 8657826    +Chase,    P.O. Box 15902,    Wilmington, DE 19850-5902
 8930232     Chase Manhatten Bank USA NA,    PO Box 52176,    Phoenix, AZ 85072-2176
 8957984    +ChaseManhttnBankUSA,NA as successor in interest to,    Bank One Delaware, NA,
              c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
 8913161    +Citibank South Dakota NA,    Assoc Shell Payment Center,    4300 Westown  Parkway,
              West Des Moines IA 50266-1266
 8657828     Fleet VISA Card,    Credit Card Services,    P.O. Box 1070,    Newark, NJ 07101-1070
 8657829     GM Mastercard,    P.O. Box 37281,    Baltimore, MD 21297-3281
 8657830     GMAC Mortgage Corp,    P.O. Box 780,    Waterloo, IA 50704-0780
 8657831    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
 8657832    +Joan M. Young,    1327 Cass Lane East, #102,    Westmont, IL 60559-3113
 8657833     Northwestern Medical Faculty Foundation,,    P.O. Box 75494,    Chicago, IL 60675-5494
 8657834     Pellettieri & Associactes,    991 Oak Creek Dr.,    Lombard, IL 60148-6408
 8657835     Retailers National Bank,    P.O. Box 1581,    Minneapolis, MN 55440-1581
 8657836     Shell Credit Card Center,    P.O. Box 9151,    Des Moines, IA 50368-9151
 8657837    +Thomas C. Farroh,    2165 W. Leland Ave.,    Chicago, IL 60625-1527
 8905322    +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
 8657838     USAA Savings Bank,    P.O. Box 65020,    San Antonio, TX 78265-5020

The following entities were served by electronic transmission on Jul 31, 2007.
 8657827     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2007 02:45:55      Discover,   P.O. Box 15251,
              Wilmington, DE 19886-5251
 8916426     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2007 02:45:55      Discover Bank,
              Discover Financial Services,    PO Box 8003,    Hilliard OH 43026
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Leibowitz Law Center
 acc          Lois West,    Popowcer Katten Ltd
 app          Raymond J Kirchner
 op           Robert Rechtman,    Rechtman Consulting LLC
 aty*        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
 9406324*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                           TOTALS: 4, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2007**                              **Signature:** _/s/ Joseph Speetjens_