**Form 2**

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 04-41144 JPC | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | YOUNG, HENRY SUNHIN | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****13-19 - Time Deposit Account |
| **Taxpayer ID #:** | 13-7452850 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/01/07 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 07/24/06 | | FUNDING ACCOUNT: ********1365 | | 9999-000 | 300,000.00 | | 300,000.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 80.56 | | 300,080.56 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 357.01 | | 300,437.57 |
| 09/11/06 | | Transferred funds from TDA to MMA | Transfer to MMA for taxes | 9999-000 | | 40,000.00 | 260,437.57 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 295.99 | | 260,733.56 |
| 10/03/06 | | JPMORGAN CHASE BANK | REVERSING OUT DEPOSIT REV. #9 - INCORRECT AMOUNT | 9999-000 | 260,733.56 | | 521,467.12 |
| 10/03/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 30.00 | | 521,497.12 |
| 10/03/06 | | JP Morgan Chase | Transfer to DD | 9999-000 | -260,733.56 | | 260,763.56 |
| 10/03/06 | | JPMORGAN CHASE BANK | TRANSFER TO DDA | 9999-000 | -260,763.56 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 39,236.44 | 40,000.00 | |
| | | | **Subtotal** | | 763.56 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$763.56** | **$0.00** | |

EXHIBIT B

{} Asset reference(s)     Printed: 11/01/2007 10:15 AM    V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-41144 JPC |
| **Case Name:** | YOUNG, HENRY SUNHIN |
| **Taxpayer ID #:** | 13-7452850 |
| **Period Ending:** | 11/01/07 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****13-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/05 | {7} | Ah Mai | advance for corporate dissolution | 1129-000 | 15,000.00 | | 15,000.00 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 3.45 | | 15,003.45 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 4.46 | | 15,007.91 |
| 06/16/05 | 1001 | Title Guaranty of Hawaii, Inc. | status report account # 268137 | 2990-000 | | 250.00 | 14,757.91 |
| 06/27/05 | 1002 | R. J. Kirchner | Admin Expenses for appraisal services | 2500-000 | | 2,604.15 | 12,153.76 |
| 06/27/05 | 1003 | David P. Leibowitz, Trustee | Repayment for advance to the estate for appraisal services<br>Voided on 06/27/05 | 2500-003 | | 2,604.15 | 9,549.61 |
| 06/27/05 | 1003 | David P. Leibowitz, Trustee | Repayment for advance to the estate for appraisal services<br>Voided: check issued on 06/27/05 | 2500-003 | | -2,604.15 | 12,153.76 |
| 06/27/05 | 1004 | LEIBOWITZ LAW CENTER | Reimbursed Expenses - Advanced by Leibowitz Law Center | 2200-000 | | 2,604.15 | 9,549.61 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 4.68 | | 9,554.29 |
| 07/05/05 | 1005 | Robert Rechtman | Fee for service as archaeologist. | 2990-000 | | 500.00 | 9,054.29 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.72 | | 9,058.01 |
| 08/01/05 | {7} | Ah Mai, Inc. | Final Distribution: Ah Mai Dissolution | 1129-000 | 5,723.44 | | 14,781.45 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 5.51 | | 14,786.96 |
| 09/19/05 | 1006 | Clerk of Court | Fee for certified copy of Notice of Appointment of Trustee | 2700-000 | | 27.90 | 14,759.06 |
| 09/23/05 | 1007 | Bureau of Conveyances | Recording fee for filing 549 notices on three properties<br>Stopped on 10/03/05 | 2700-004 | | 75.00 | 14,684.06 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 5.81 | | 14,689.87 |
| 10/03/05 | 1007 | Bureau of Conveyances | Recording fee for filing 549 notices on three properties<br>Stopped: check issued on 09/23/05 | 2700-004 | | -75.00 | 14,764.87 |

Subtotals :   $20,751.07   $5,986.20

{} Asset reference(s)

Printed: 11/01/2007 10:15 AM   V.9.55

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-41144 JPC | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** YOUNG, HENRY SUNHIN | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*13-65 - Money Market Account |
| **Taxpayer ID #:** 13-7452850 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/01/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/05 | 1008 | Bureau of Conveyances | Recording fee for Notices of Bankruptcy recut to replace # 1007 | 2700-000 | | 75.00 | 14,689.87 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.40 | | 14,696.27 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.64 | | 14,702.91 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.35 | | 14,710.26 |
| 01/06/06 | | David P. Leibowitz, Trustee | Deposit adjustment to reconcile | 1290-000 | 0.05 | | 14,710.31 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.28 | | 14,718.59 |
| 02/13/06 | 1009 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-41144, Blanket Bond 02/01/06 - 02/01/07 Voided on 02/13/06 | 2300-003 | | 15.64 | 14,702.95 |
| 02/13/06 | 1009 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-41144, Blanket Bond 02/01/06 - 02/01/07 Voided: check issued on 02/13/06 | 2300-003 | | -15.64 | 14,718.59 |
| 02/13/06 | 1010 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2006 FOR CASE #04-41144, Blanket Bond Payment 02/01/2006 - 02/01/2007 | 2300-000 | | 17.02 | 14,701.57 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 7.91 | | 14,709.48 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.75 | | 14,718.23 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.32 | | 14,727.55 |
| 05/01/06 | | Title Guaranty Escrow Services, Inc. | Sale of 187 Kapiolani Street, Hilo HI | | 297,398.76 | | 312,126.31 |
| | {12} | Roy Nakamoto | Gross Proceeds from sale of undivided 7/56 interest for 187 Kapiolani, Hilo HI   312,000.00 | 1110-000 | | | 312,126.31 |
| | {12} | Roy Nakamoto | Lease Rent received for   2,334.33 | 1122-000 | | | 312,126.31 |

Subtotals :     $297,453.46     $92.02

{} Asset reference(s)          Printed: 11/01/2007 10:15 AM    V.9.55

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-41144 JPC | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | YOUNG, HENRY SUNHIN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****13-65 - Money Market Account |
| Taxpayer ID #: | 13-7452850 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 9/1/05 to 4/26/06 at 298/mo | | | | | |
| | {12} | Roy Nakamoto | Lease Rent 9/1/05 to 4/26/06 at 91.50/1m | 716.75 | 1110-000 | | | 312,126.31 |
| | | Island Title Corp. | Title search to Island Title Corp. | -1,147.53 | 2500-000 | | | 312,126.31 |
| | | Roy Nakamoto | Held for HARPTA Escrow | -15,600.00 | 2500-000 | | | 312,126.31 |
| | | Title Guaranty Escrow Services, Inc. | Escrow Fee to Title Guaranty Escrow Services, Inc. | -567.19 | 2500-000 | | | 312,126.31 |
| | | County of Hawaii | Recording Filing Fee | -25.00 | 2500-000 | | | 312,126.31 |
| | | County of Hawaii | Conveyance Tax | -312.60 | 2820-000 | | | 312,126.31 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 198.97 | | 312,325.28 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 205.43 | | 312,530.71 |
| 07/24/06 | | ACCOUNT FUNDED: ********1319 | | | 9999-000 | | 300,000.00 | 12,530.71 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 166.39 | | 12,697.10 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 8.63 | | 12,705.73 |
| 09/11/06 | | Transfer from TDA for taxes | Transfer from TDA for taxes | | 9999-000 | 40,000.00 | | 52,705.73 |
| 09/11/06 | | To Account #********1366 | Tranfer for payment of taxes | | 9999-000 | | 40,000.00 | 12,705.73 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 13.33 | | 12,719.06 |
| 10/10/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned on 9/29/06 per Chase | | 1270-000 | 13.33 | | 12,732.39 |
| 10/10/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | | 1270-000 | 2.78 | | 12,735.17 |
| 10/10/06 | | To Account #********1366 | for preparation of final report. | | 9999-000 | | 12,721.84 | 13.33 |
| 11/08/06 | Int | Balance Transfer adjustment | | | 1270-000 | -13.33 | | 0.00 |

Subtotals :    $40,595.53    $352,721.84

{} Asset reference(s)                    Printed: 11/01/2007 10:15 AM    V.9.55

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 04-41144 JPC | **Trustee:** | DAVID P. LEIBOWITZ (330570) | |
| **Case Name:** | YOUNG, HENRY SUNHIN | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | **Account:** | ***-*****13-65 - Money Market Account | |
| **Taxpayer ID #:** | 13-7452850 | **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Period Ending:** | 11/01/07 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 358,800.06 | 358,800.06 | $0.00 |
| | | | Less: Bank Transfers | | 40,000.00 | 352,721.84 | |
| | | | Subtotal | | 318,800.06 | 6,078.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$318,800.06** | **$6,078.22** | |

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 04-41144 JPC | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | YOUNG, HENRY SUNHIN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | \*\*\*-\*\*\*\*\*13-66 - Checking Account |
| **Taxpayer ID #:** | 13-7452850 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/01/07 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/06 | | From Account #\*\*\*\*\*\*\*\*1365 | Tranfer for payment of taxes | 9999-000 | 40,000.00 | | 40,000.00 |
| 09/11/06 | 101 | Illinois Department of Revenue | EIN #13-7452850 | 2810-000 | | 411.00 | 39,589.00 |
| 09/11/06 | 102 | United States Treasury | EIN # 13-7452850 2006 Form 1041 | 2810-000 | | 35,761.00 | 3,828.00 |
| 09/11/06 | 103 | Illinois Department of Revenue | EIN # 13-7452850 IL 1041-V | 2810-000 | | 100.00 | 3,728.00 |
| 09/11/06 | 104 | Hawaii Department of Taxation | EIN#13-7452850 HI Form N-201-V | 2810-000 | | 1,577.00 | 2,151.00 |
| 09/11/06 | 105 | United States Treasury | 2005 Form 1041, EIN # 13-7452850 | 2810-000 | | 426.00 | 1,725.00 |
| 10/03/06 | | David P. Leibowitz, Trustee | Transfer from TDA Manual adjustment | 9999-000 | 260,763.56 | | 262,488.56 |
| 10/10/06 | | From Account #\*\*\*\*\*\*\*\*1365 | for preparation of final report. | 9999-000 | 12,721.84 | | 275,210.40 |
| 11/14/06 | 106 | United States Treasury | TIN 13-7452850 Penalty for underpayment of taxes on US income tax return for 2005 | 2810-000 | | 14.00 | 275,196.40 |
| 02/08/07 | 107 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #04-41144<br>Voided on 02/08/07 | 2300-003 | | 374.59 | 274,821.81 |
| 02/08/07 | 107 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #04-41144<br>Voided: check issued on 02/08/07 | 2300-003 | | -374.59 | 275,196.40 |
| 02/08/07 | 108 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #04-41144, Bond #016026455 | 2300-000 | | 374.59 | 274,821.81 |
| 04/17/07 | 109 | Illinois Department of Revenue | Taxes due for 12/05 IL 1041 | 2810-000 | | 1.99 | 274,819.82 |
| 08/22/07 | | Leibowitz Law Center | | 1290-000 | 1.99 | | 274,821.81 |
| 08/22/07 | 110 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $3,418.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 3,418.50 | 271,403.31 |
| 08/22/07 | 111 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $29,718.00, Attorney for Trustee Fees (Trustee Firm); | 3110-000 | | 29,718.00 | 241,685.31 |
| | | | Subtotals : | | **$313,487.39** | **$71,802.08** | |

{} Asset reference(s)            Printed: 11/01/2007 10:15 AM    V.9.55

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

| Case Number: | 04-41144 JPC | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | YOUNG, HENRY SUNHIN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7452850 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Reference: | | | | |
| 08/22/07 | 112 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $543.08, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 543.08 | 241,142.23 |
| 08/22/07 | 113 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $15,177.54, Trustee Compensation; Reference: | 2100-000 | | 15,177.54 | 225,964.69 |
| 08/22/07 | 114 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $5,644.96, Trustee Expenses; Reference: | 2200-000 | | 3,040.81 | 222,923.88 |
| 08/22/07 | 115 | Dept of the Treasury Internal Revenue Service | Dividend paid 100.00% on $4,389.30; Claim# 9; Filed: $4,389.30; Reference: | 5800-000 | | 4,389.30 | 218,534.58 |
| 08/22/07 | 116 | Thomas C. Farroh | Dividend paid 100.00% on $27,175.00; Claim# 1; Filed: $28,500.00; Reference: | 7100-000 | | 27,175.00 | 191,359.58 |
| 08/22/07 | 117 | USAA Federal Savings Bank | Dividend paid 100.00% on $6,550.33; Claim# 2; Filed: $6,550.33; Reference: | 7100-000 | | 6,550.33 | 184,809.25 |
| 08/22/07 | 118 | Citibank South Dakota NA | Dividend paid 100.00% on $295.52; Claim# 3; Filed: $295.52; Reference: | 7100-000 | | 295.52 | 184,513.73 |
| 08/22/07 | 119 | Discover Bank | Dividend paid 100.00% on $5,983.28; Claim# 4; Filed: $5,983.28; Reference: | 7100-000 | | 5,983.28 | 178,530.45 |
| 08/22/07 | 120 | ChaseManhttnBankUSA,NA as successor in interest to Bank One | Dividend paid 100.00% on $12,582.48; Claim# 6; Filed: $12,582.48; Reference: | 7100-000 | | 12,582.48 | 165,947.97 |
| 08/22/07 | 121 | Joan M. Young | Dividend paid 100.00% on $60,000.00; Claim# 8; Filed: $68,000.00; Reference: | 7100-000 | | 60,000.00 | 105,947.97 |
| 08/22/07 | 122 | Thomas C. Farroh | Dividend paid 100.00% on $1,691.89; Claim# 1I; Filed: $1,691.89; Reference: | 7990-000 | | 1,691.89 | 104,256.08 |
| 08/22/07 | 123 | USAA Federal Savings Bank | Dividend paid 100.00% on $407.82; Claim# 2I; Filed: $407.82; Reference: | 7990-000 | | 407.82 | 103,848.26 |
| 08/22/07 | 124 | Citibank South Dakota NA | Dividend paid 100.00% on $18.40; Claim# 3I; Filed: $18.40; Reference: | 7990-000 | | 18.40 | 103,829.86 |

Subtotals : $0.00 $137,855.45

{} Asset reference(s)

Printed: 11/01/2007 10:15 AM V.9.55

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-41144 JPC | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** YOUNG, HENRY SUNHIN | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*13-66 - Checking Account |
| **Taxpayer ID #:** 13-7452850 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/01/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/07 | 125 | Discover Bank | Dividend paid 100.00% on $372.51; Claim# 4I; Filed: $372.51; Reference: | 7990-000 | | 372.51 | 103,457.35 |
| 08/22/07 | 126 | ChaseManhttnBankUSA,NA as successor in interest to Bank One | Dividend paid 100.00% on $783.37; Claim# 6I; Filed: $783.37; Reference: | 7990-000 | | 783.37 | 102,673.98 |
| 08/22/07 | 127 | Joan M. Young | Dividend paid 100.00% on $3,735.53; Claim# 8I; Filed: $3,735.53; Reference: | 7990-000 | | 3,735.53 | 98,938.45 |
| 08/22/07 | 128 | Dept of the Treasury Internal Revenue Service | Dividend paid 100.00% on $273.27; Claim# 9I; Filed: $273.27; Reference: | 7990-000 | | 273.27 | 98,665.18 |
| 08/22/07 | 129 | YOUNG, HENRY SUNHIN | Dividend paid 100.00% on $98,665.18; Claim# SURPLUS; Filed: $98,665.18; Reference: | 8200-000 | | 98,665.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 313,487.39 | 313,487.39 | $0.00 |
| | | | Less: Bank Transfers | | 313,485.40 | 0.00 | |
| | | | **Subtotal** | | 1.99 | 313,487.39 | |
| | | | Less: Payments to Debtors | | | 98,665.18 | |
| | | | **NET Receipts / Disbursements** | | **$1.99** | **$214,822.21** | |

## Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 04-41144 JPC
**Case Name:** YOUNG, HENRY SUNHIN

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****13-66 - Checking Account

**Taxpayer ID #:** 13-7452850
**Period Ending:** 11/01/07

**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  319,565.61
Plus Gross Adjustments :  17,652.32
Net Estate :  $337,217.93

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****13-19 | 763.56 | 0.00 | 0.00 |
| MMA # ***-*****13-65 | 318,800.06 | 6,078.22 | 0.00 |
| Checking # ***-*****13-66 | 1.99 | 214,822.21 | 0.00 |
|  | $319,565.61 | $220,900.43 | $0.00 |

{} Asset reference(s)

Printed: 11/01/2007 10:15 AM    V.9.55