UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HENRY SUNHIN YOUNG, | ) | CASE NO. 04-41144 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:** **David P. Leibowitz, Esq.**
**Leibowitz Law Center**
**420 W. Clayton Street**
**Waukegan, IL 60085-4216**
**Registrant's e-mail:** dpl@lakelaw.com

**Please Take Notice** that on Thursday, January 10, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

William T. Neary
UNITED STATES TRUSTEE

DATED: January 10, 2008                BY: /s/ Richard C. Friedman, Trial Attorney
                                       Office of the U.S. Trustee
                                       227 W. Monroe St. - Suite 3350
                                       Chicago, IL  60606
                                       (312) 886-3320

**CERTIFICATE OF SERVICE**

I, Richard Friedman, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on January 10, 2008.

/s/ Richard Friedman